UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN FRANCISCO ALVAREZ-SORTO, a/k/a Juan Francisco Alvarez, a/k/a Juanito R., a/k/a Juan Jr., and DEYVIN MORALES, a/k/a Deyvin Eliabid Escriba Morales, a/k/a Guate, a/k/a Watay, a/k/a Chapine,<br><br>    Defendants. | 5:22-CR-50084-KES<br><br>**VERDICT** |

We, the Jury, unanimously find the defendants, **Juan Francisco Alvarez-Sorto** and **Deyvin Morales**, as follows:

| **COUNT 1: Kidnapping** | **VERDICT** |
|---|---|
| On the charge of "kidnapping," as explained in Final Instruction No. 2, please mark your verdicts. | |
| **Juan Francisco Alvarez-Sorto** | ___ Not Guilty<br>_✓_ Guilty |
| **Deyvin Morales** | ___ Not Guilty<br>_✓_ Guilty |
| Please proceed to Count 2 | |

| COUNT 2: Carjacking | VERDICT |
|---|---|
| On the charge of "carjacking," as explained in Final Instruction No. 3, please mark your verdicts. | |
| **Juan Francisco Alvarez-Sorto** | ___ Not Guilty<br>_✓_ Guilty |
| **Deyvin Morales** | ___ Not Guilty<br>_✓_ Guilty |
| Please proceed to Count 3. | |

| | COUNT 3: Use of a Firearm in Furtherance of a Crime of Violence | VERDICT |
|---|---|---|
| | On the charge of "use of a firearm in furtherance of a crime of violence," as explained in Final Instruction No. 4, please mark your verdicts. | |
| Step 1: | **Juan Francisco Alvarez Sorto** | ___ Not Guilty<br>_✓_ Guilty |
| Step 2: | If you find Alvarez-Sorto guilty of "use of a firearm in furtherance of a crime of violence," please indicate whether you unanimously determined a firearm was carried and/or used, or brandished. | _✓_ Carried and/or Used<br>___ Brandished |
| Step 1: | **Deyvin Morales** | ___ Not Guilty<br>_✓_ Guilty |
| Step 2: | If you find Morales guilty of "use of a firearm in furtherance of a crime of violence," please indicate whether you unanimously determined a firearm was carried and/or used, or brandished. | ___ Carried and/or Used<br>_✓_ Brandished |
| | Please proceed to Count 4. | |

| | **COUNT 4: Possession of a Firearm by a Prohibited Person** | **VERDICT** |
|---|---|---|
| | On the charge of "possession of a firearm by a prohibited person," as explained in Final Instruction No. 5, please mark your verdict. | |
| **Step 1:** | **Juan Francisco Alvarez-Sorto** | ____ Not Guilty<br>✓ Guilty |
| **Step 2:** | If you find Alvarez-Sorto guilty of this offense, please indicate which category of "prohibited person" you unanimously determined Alvarez-Sorto to fall into:<br><br>____ Alvarez-Sorto was knowingly an unlawful user of a controlled substance<br><br>✓ Alvarez-Sorto was knowingly an alien unlawfully in the United States | |
| | Please proceed to Count 5. | |

| | **COUNT 5: Possession of a Firearm by a Prohibited Person** | **VERDICT** |
|---|---|---|
| | On the charge of "possession of a firearm by a prohibited person," as explained in Final Instruction No. 6, please mark your verdict. | |
| **Step 1:** | **Deyvin Morales** | ____ Not Guilty<br>✓ Guilty |
| **Step 2:** | If you find Deyvin Morales guilty of this offense, please indicate which category of "prohibited person" you unanimously determined Morales to fall into:<br><br>____ Morales was knowingly an unlawful user of a controlled substance<br><br>✓ Morales was knowingly a person that had been convicted of a crime punishable for a term of imprisonment exceeding one year | |
| | Please proceed to Count 6. | |

3

| COUNT 6: Unlawful Reentry After Deportation | VERDICT |
|---|---|
| On the charge of "Unlawful Reentry After Deportation," as explained in Final Instruction No. 7, please mark your verdict. | |
| **Francisco Alvarez Sorto** | ____ Not Guilty<br>✓ Guilty |

Please sign and date the Verdict Form.

20240123
_____
Date

_____
Foreperson

4